Drew L. Johnson
Kathryn Tassinari
rwood@callatg.com
kathrynt50@comcast.net
1700 Valley River Drive
Eugene, OR 97401
(541) 434-6466
Attorneys for Plaintiff

FILED'05 MAY 10 12:36USDC-ORP

# UNITED STATES DISTRICT COURT

## DISTRICT OF OREGON

| | |
|---|---|
| **NATALIE R. CAMPBELL,** | Civil No. 04-6045-KI |
| Plaintiff, | |
| vs. | **ORDER FOR ATTORNEY FEES PURSUANT TO EAJA** |
| **JO ANNE B. BARNHART,** Commissioner of Social Security Administration, | |
| Defendant. | |

After considering the Stipulated Motion for Entry submitted by the parties herein, Order is hereby granted in the sum of $ 3782.50 as full settlement of all claims for fees under EAJA, which Commissioner shall pay to Plaintiff's attorney. There are no other costs.

IT IS SO ORDERED this day of  10TH, May, 2005

_____
U.S. District Judge

PRESENTED BY:

By: _____
Drew L. Johnson, OSB #75200
Of Attorneys for Plaintiff

1 - ORDER